NO. 07-03-0137-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

DECEMBER 3, 2003

_____

EMILIO CORTEZ SANDOVAL, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 2154; HONORABLE GORDON H. GREEN, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**PERMANENT ABATEMENT**

Following a plea of not guilty, appellant Emilio Cortez Sandoval, Jr. was convicted by a jury of delivery of a controlled substance, enhanced, and punishment was assessed at 15 years confinement and a $5,000 fine. Following submission of this appeal, the State filed a Suggestion of Death indicating appellant died on November 16, 2003.

An appellant's death during the pendency of his appeal deprives an appellate court of jurisdiction. *See* Freeman v. State, 11 S.W.3d 240 (Tex.Cr.App. 2000) citing Ryan v. State, 891 S.W.2d 275 (Tex.Cr.App. 1994). Accordingly, this appeal is permanently abated.

Don H. Reavis
Justice

Do not publish.